NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Fuld v. Palestine Liberation Organization         Docket No.: 22-76

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Tejinder Singh

Firm: Sparacino PLLC

Address: 1920 L Street NW. Suite 835

Telephone: 202.629.3530     Fax:

E-mail: tejinder@sparacinopllc.com

Appearance for: Abraham D. Sofaer and Louis J. Freeh
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel:_____)
(name/firm)

☐ Substitute counsel (replacing other counsel:_____)
(name/firm)

☐ Additional counsel (co-counsel with:_____)
(name/firm)

☑ Amicus (in support of: Appellants _____)
(party/designation)

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 6/13/2022         OR

☐ I applied for admission on _____.

Signature of Counsel: s/Tejinder Singh

Type or Print Name: Tejinder Singh