# Arnold & Porter

Kent A. Yalowitz
+1 212.836.8344 Direct
Kent.Yalowitz@arnoldporter.com

January 25, 2023

**VIA ECF**

Hon. Catherine O'Hagan Wolfe
United States Court of Appeals
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Fuld v. Palestine Liberation Organization*, Docket Nos. 22-76, 22-496—Updated Oral Argument Statement (Local Rule 34.1(a))

Dear Ms. Wolfe:

    I am counsel of record for appellants. I write to inform the Court of additional dates on which I will be unavailable for oral argument. I request that the Court not schedule oral argument of this appeal on the following dates:

        February 21-24
        April 5-7
        April 12-13
        May 25-June 9

    I enclose an updated copy of my Oral Argument Statement (Local Rule 34.1(a)).

                                                  Respectfully yours,

                                                  Kent A. Yalowitz

Encl.
cc: All ECF Counsel

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

## ORAL ARGUMENT STATEMENT (Local Rule 34.1(a))

**TO REQUEST ORAL ARGUMENT, FILL OUT THIS FORM AND FILE IT WITH THE CLERK WITHIN 14 DAYS AFTER THE FILING OF THE LAST APPELLEE BRIEF.**
**IF THIS FORM IS NOT TIMELY FILED, YOU WILL NOT BE PERMITTED TO ARGUE IN PERSON.**

Short Title of Case: Fuld v. Palestine Liberation Org.   Docket No.: 22-76, -496

Name of Party: Fuld, et. al.

Status of Party (e.g., appellant, cross-appellee, etc.): Appellants

Check one of the three options below:

[✔] I want oral argument.

[ ] I want oral argument only if at least one other party does.

[ ] I do not want oral argument.

> An attorney whose preference depends on whether other attorneys will argue should consider conferring before requesting argument. After the appeal has been scheduled for oral argument, a motion by counsel to forgo oral argument, even on consent, may be denied.

If no party wants oral argument, the case will be decided on the basis of the written briefs. If you want oral argument, you must appear in Court on the date set by the Court for oral argument.

**The Court may determine to decide a case without oral argument even if the parties request it.**

**If you want oral argument**, state the name of the person who will argue:

Name: Kent A. Yalowitz

(An attorney must be admitted to practice before the Court in accordance with Local Rule 46.1.)

**If you want oral argument**, list any dates (including religious holidays), that fall in the interval from 6 to 20 weeks after the due date of this form, that the person who will argue is not available to appear in Court:

February 21-24; April 5-7; April 12-13; May 25-June 9

**ANYONE WHO WANTS TO ARGUE MUST UPDATE THE COURT IN WRITING OF ANY CHANGE IN AVAILABILITY. THE COURT MAY CONSIDER A FAILURE TO UPDATE ABOUT AVAILABILITY WHEN DECIDING A MOTION TO POSTPONE A SET ARGUMENT DATE.**

**Filed by**:

Print Name: Kent A. Yalowitz   Date: 1/25/2023

Signature: /s/ Kent A. Yalowitz

(Revised December 2011)