# Arnold & Porter

Kent A. Yalowitz
+1 212.836.8344 Direct
Kent.Yalowitz@arnoldporter.com

July 22, 2025

**VIA ECF**

Hon. Catherine O'Hagan Wolfe
United States Court of Appeals
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *Fuld v. Palestine Liberation Org.*, Nos. 22-76, 22-496

Dear Ms. Wolfe:

    We represent the plaintiffs-appellants in the above-referenced appeal, on remand from the Supreme Court. We respectfully request that in compliance with the Supreme Court's mandate, this Court remand the case back to the district court for further proceedings consistent with the Supreme Court's decision. We further request that this Court order that its mandate issue forthwith.

    We have consulted with defendants-appellees, and they agree that this case should be remanded to the district court.

                                                         Respectfully submitted,

                                                          Kent A. Yalowitz

cc: All ECF Counsel

Arnold & Porter Kaye Scholer LLP
250 West 55th Street | New York, NY 10019-9710 | www.arnoldporter.com