UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 22-76; 22-496

**Caption [use short title]**

**Motion for:** Remand

Fuld v. Palestine Liberation Organization

Set forth below precise, complete statement of relief sought:

Remand to the district court for further proceedings consistent with the Supreme Court's decision in this case.

**MOVING PARTY:** Miriam Fuld et al.
**OPPOSING PARTY:** Palestine Liberation Organization et al.

☒ Plaintiff  ☐ Defendant
☒ Appellant/Petitioner  ☐ Appellee/Respondent

**MOVING ATTORNEY:** Kent Yalowitz
**OPPOSING ATTORNEY:** Mitchell R. Berger

[name of attorney, with firm, address, phone number and e-mail]

Arnold & Porter Kaye Scholer LLP
250 W 55th Street
New York, NY 10019

Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, DC 20037

**Court- Judge/ Agency appealed from:** Southern District of New York - Judge Jesse Furman

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes  ☐ No (explain):

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency:

Opposing counsel's position on motion:
☒ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☒ No  ☐ Don't Know

Is the oral argument on motion requested?  ☐ Yes  ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☒ Yes  ☐ No  If yes, enter date: May 3, 2023

**Signature of Moving Attorney:**
Kent Yalowitz  Digitally signed by Kent Yalowitz Date: 2025.09.18 16:55:38 -04'00'  **Date:** 9/18/2025  **Service:** ☒ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

# 22-76 (L)

**22-496 (Con)**

**UNITED STATES COURT OF APPEALS**
*for the*
**SECOND CIRCUIT**

---

**MIRIAM FULD, *ET AL.***

*Plaintiffs-Appelants,*

**UNITED STATES OF AMERICA,**

*Intervenor-Appellant.*

v.

**PALESTINE LIBERATION ORGANIZATION, *ET AL.*,**

*Defendants-Appellees.*

---

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK IN 20 CIV. 3374 (JMF)
HONORABLE JESSE M. FURMAN

---

## UNOPPOSED MOTION TO REMAND

Pursuant to the Supreme Court's decision in *Fuld v. Palestine Liberation Org.*, 606 U.S. 1 (2025), Plaintiffs-Appellants respectfully move this Court to remand this case to the district court for further proceedings.

Plaintiffs-Appellants have conferred with Defendants-Appellees on this request. Defendants-Appellees note that they requested the same relief in their motion filed July 22, 2025 (*see* Dkt. No. 273, at 2, 3) and accordingly do not oppose this

motion.

## BACKGROUND

Plaintiffs filed this case in the Southern District of New York under the Anti-Terrorism Act. Defendants moved to dismiss for lack of personal jurisdiction. The district court granted the motion, and this Court affirmed. However, plaintiffs timely petitioned for a writ of certiorari, and the Supreme Court reversed. *Fuld v. Palestine Liberation Org.*, 606 U.S. 1, 23 (2025).

The case returned to this Court on July 22, 2025. Dkt. No. 274.

That same day, Plaintiffs-Appellants submitted a letter to the Clerk requesting, with the consent of defendants, that the Court remand the case to the district court for further proceedings consistent with the Supreme Court's decision. Dkt. No. 275.

## DISCUSSION

Because the district court dismissed this case for lack of personal jurisdiction and that was the sole issue on appeal before this Court, this Court should now remand the case to the district court for further proceedings consistent with the Supreme Court's determination that the courts have personal jurisdiction over Defendants. *See, e.g.*, Order, *New York State Rifle & Pistol Ass'n v. Bruen*, No. 19-156, Dkt. No. 168 (2d Cir. Aug. 19, 2022) (remanding "for further proceedings consistent with the Supreme Court's decision"); Order, *Thompson v. Clark*, No. 19-580, Dkt. No. 118

2

(2d Cir. May 2, 2022) ("The United States Supreme Court reversed our judgment in this case and remanded for further proceedings consistent with its opinion … We thus VACATE the judgment of the district court and REMAND this case for further proceedings consistent with the Supreme Court's decision.").

## **CONCLUSION**

The Court should VACATE the district court's judgment and REMAND for further proceedings consistent with the Supreme Court's decision.

Dated: September 18, 2025
New York, New York

        Respectfully submitted,

Allon Kedem
John P. Elwood
Dirk C. Phillips
Stephen K. Wirth
Daniel Yablon
Arnold & Porter
   Kaye Scholer LLP
601 Massachusetts Ave, NW
Washington, DC 20001
(202) 942-6234

Samuel Silverman
The Silverman Law Firm, PLLC
16 Squadron Blvd.
New York, NY 10956

Jeffrey Fleischmann
The Law Office of
    Jeffrey Fleischmann, P.C.
150 Broadway, Ste. 900
New York, NY 10038

Kent A. Yalowitz
  *Kent.Yalowitz@arnoldporter.com*
Nicole L. Masiello
Arnold & Porter
   Kaye Scholer LLP
250 West 55th Street
New York, NY 10019
(212) 836-8344

Brian Williams
Arnold & Porter
   Kaye Scholer LLP
1144 Fifteenth Street, Suite 3100
Denver, CO 80202
(303) 833-2322

4

## CERTIFICATE OF COMPLIANCE WITH FRAP 27

I hereby certify that the foregoing Motion, excluding the caption and signature block, contains 160 words, according to the Word Count feature in Microsoft Word.

Kent A. Yalowitz