# United States Court of Appeals
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of April, two thousand twenty-six.

PRESENT:
        PIERRE N. LEVAL,
        JOSEPH F. BIANCO,
          *Circuit Judges*,
        JOHN G. KOELTL,
          *District Judge.*\*

_____

| | |
|---|---|
| Miriam Fuld, individually, as personal representative and administrator of the Estate of Ari Yoel Fuld, deceased, and as natural guardian of Plaintiff Natan Shai Fuld, Natan Shai Fuld, minor, by his next friend and guardian Miriam Fuld, Naomi Fuld, Tamar Gila Fuld, and Eliezer Yakir Fuld, | **ORDER**<br><br>Docket No. 22-496(Con) |

          Plaintiffs-Appellants,

United States of America,

          Intervenor-Appellant,

      v.

The Palestine Liberation Organization and the Palestinian Authority (A/K/A "The Palestinian Interim Self-Government Authority," and/or "The Palestinian Council," and/or "The Palestinian National Authority"),

          Defendants-Appellees.

_____

\* Judge John G. Koeltl of the United States District Court for the Southern District of New York, sitting by designation.

On July 22, 2025, Defendants-Appellees moved to remand this case and to file supplemental briefs in *Waldman v. Palestine Liberation Organization*, 15-3135. Following the submission of supplemental briefs in *Waldman*, the Court issued a decision on March 30, 2026.

IT IS HEREBY ORDERED that this case is REMANDED.

FOR THE COURT:
Catherine O'Hagan Wolfe,
Clerk of Court